No. 68274.—National Carloading Corp. and J. Hofert Co. L. A. *v.* United States, protest 63/11664 (Los Angeles).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of strings of beads for Christmas decorations similar in all material respects to those the subject of *United States* v. *S. H. Kress & Co.* (46 CCPA 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 68275.—Engis Equipment Company et al. *v.* United States, protests 62/17253–13084, etc. (Chicago).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of parts of machine tools similar in all material respects to those the subject of Abstract 67391, the claim of the plaintiffs was sustained.

No. 68276.—James Betesh Import Co. et al. *v.* United States, protests 63/308, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiffs was sustained.